**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | § | Case No. 6:17-BK-15053-SC |
|---|---|---|
| | § | |
| Professional Flooring Installation | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Todd A. Frealy , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,600.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,002.33 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $108,997.67 | | |

3) Total gross receipts of $120,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $120,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $126,529.07 | $110,247.67 | $108,997.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,000,000.00 | $2,700,255.54 | $956.10 | $956.10 |
| General Unsecured Claims (from **Exhibit 7**) | $33,712.90 | $10,291.41 | $10,291.41 | $10,046.23 |
| **Total Disbursements** | $2,033,712.90 | $2,837,076.02 | $121,495.18 | $120,000.00 |

4). This case was originally filed under chapter 7 on 06/16/2017 . The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/06/2020</u>          By: <u>/s/ Todd A. Frealy</u>
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement Funds | 1249-000 | $120,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$120,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Todd A. Frealy, Trustee | 2100-000 | NA | $9,250.00 | $9,250.00 | $8,000.00 |
| Todd A. Frealy, Trustee | 2200-000 | NA | $727.94 | $727.94 | $727.94 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $11.75 | $11.75 | $11.75 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $1,726.55 | $1,726.55 | $1,726.55 |
| SHULMAN HODGES & BASTIAN LLP, Attorney for Trustee | 3210-000 | NA | $104,178.00 | $87,896.60 | $87,896.60 |
| SHULMAN HODGES & BASTIAN LLP, Attorney for Trustee | 3220-000 | NA | $7,350.33 | $7,350.33 | $7,350.33 |
| DONALD T. FIFE, Accountant for Trustee | 3410-000 | NA | $2,856.00 | $2,856.00 | $2,856.00 |
| DONALD T. FIFE, Accountant for Trustee | 3420-000 | NA | $428.50 | $428.50 | $428.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $126,529.07 | $110,247.67 | $108,997.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1A | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $956.10 | $956.10 | $956.10 |
| 3-2 | Jaime Ugarte | 5300-000 | $2,000,000.00 | $2,699,299.44 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,000,000.00 | $2,700,255.54 | $956.10 | $956.10 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1B | FRANCHISE TAX BOARD | 7300-000 | $0.00 | $245.18 | $245.18 | $0.00 |
| 2-1 | S.P. CARPET PRO'S, INC. | 7100-000 | $0.00 | $10,046.23 | $10,046.23 | $10,046.23 |
| | AT & T | 7100-000 | $376.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $31,347.00 | $0.00 | $0.00 | $0.00 |
| | DAUM Commercial R.E. Services | 7100-000 | $1,689.90 | $0.00 | $0.00 | $0.00 |
| | Emilio Law Group | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $33,712.90 | $10,291.41 | $10,291.41 | $10,046.23 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-15053-SC | Trustee Name: | Todd A. Frealy |
|---|---|---|---|
| Case Name: | PROFESSIONAL FLOORING INSTALLATION | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| For the Period Ending: | 4/6/2020 | §341(a) Meeting Date: | 07/18/2017 |
| | | Claims Bar Date: | 12/11/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America Checking 2044 | $200.00 | $19.34 | | $0.00 | FA |
| **Asset Notes:** | Amount is insufficient to justify collection. | | | | | |
| 2 | Bank of America Checking 0384 | $200.00 | $204.85 | | $0.00 | FA |
| **Asset Notes:** | Amount is insufficient to justify collection. | | | | | |
| 3 | Bank of America Checking 0326 | $200.00 | $115.54 | | $0.00 | FA |
| **Asset Notes:** | Amount is insufficient to justify collection. | | | | | |
| 4 | Bank of America Savings 7921 | $100.00 | $10.43 | | $0.00 | FA |
| **Asset Notes:** | Amount is insufficient to justify collection. | | | | | |
| 5 | Office furniture 3 office desks, 3 chairs, 2 book shelves, 3 filing cabinets | $500.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandonment filed 11/28/17. | | | | | |
| 6 | Office fixtures 3 computers, 3 printers, and 1 small refrigerator | $1,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandonment filed 11/28/17. | | | | | |
| 7 | 1980ish Toyota Forklift Needs major repairs | $400.00 | $400.00 | OA | $0.00 | FA |
| **Asset Notes:** | Added with amended schedules filed 10/19/17. Amount is insufficient to justify collection and administration after costs of sale. Abandonment filed 7/10/19. | | | | | |
| 8 | Settlement Funds                                    (u) | $0.00 | $120,000.00 | | $120,000.00 | FA |
| **Asset Notes:** | Motion to approve compromise of controversy filed 11/19/18. The Alvarezes agree to sell real property located at 435 East Heather Street, Rialto, CA and pay 85% of the net proceeds to the estate or $120,000, whichever is greater. Order entered 12/10/18 granting motion to approve compromise of controversy. | | | | | |

**TOTALS (Excluding unknown value)**                                       **Gross Value of Remaining Assets**

                                               $2,600.00            $120,750.16                      $120,000.00            $0.00

**Major Activities affecting case closing:**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 17-15053-SC | Trustee Name: | Todd A. Frealy |
| Case Name: | PROFESSIONAL FLOORING INSTALLATION | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| For the Period Ending: | 4/6/2020 | §341(a) Meeting Date: | 07/18/2017 |
| | | Claims Bar Date: | 12/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

PERIOD ENDING 3/31/2020:
UST Stipulation re first and final application for approval of fees and reimbursement of expenses by Shulman Bastian LLP, Attorney for the Chapter 7 Trustee filed 1/15/2020. Revised TFR and resubmitted to UST on 1/15/2020. TFR filed with court on 1/17/2020. Hearing held 2/18/2020 - granted. Order entered 2/19/2020 allowing fees and expenses. Distribution made. Awaiting checks to clear.

Status as of 12/31/19:
Notice and Motion to estimate unliquidated claim no. 3 filed 10/3/19. Hearing set for 11/5/19. Order entered 11/14/19 granting motion to estimate unliquidated claim #3 - Trustee is authorized to estimate claim #3-2 at $0 for purposes of distribution in the Trustee's Final Report. Updated annotated claims register. TFR submitted to UST on 11/21/19. Corresponding with UST regarding possible additional fee reductions.

Status as of 9/30/19:
Request for Court Costs filed 7/10/19. $0 Court Costs due. Notice to Professionals to File Applications for Compensation filed 7/10/19. Notice of intent to abandon estate property filed 7/10/19 re forklift. Awaiting tax clearance. Application for compensation filed 7/18/19 by Hahn Fife & Company, LLP. Application for compensation filed 8/6/19 by SHB.

Status as of 6/30/19:
Application to employ Hahn Fife & Company, LLP as Accountants filed 4/12/19. Order entered 5/1/19 granting application to employ Hahn Fife & Company, LLP as Accountants. Estate tax returns are being prepared and submitted to taxing agencies.

PERIOD ENDING 3/31/19:

STATUS OF TAX ISSUES: Estate tax returns will be necessary. Employment of accountant pending.
PENDING ASSET(S): All assets have been administered.
STATUS OF INSURANCE: Not applicable.
STATUS OF PENDING LITIGATION: Not applicable.

Sale of non-bk estate real property pending pursuant to settlement. Claims reviewed. Possible objections necessary. Settlement funds received and deposited 3/19/19. Estate tax returns are necessary.

Status as of 12/31/18:
Stipulation to continue hearing on motion for substantive consolidation filed 10/10/18. Order entered 10/10/18 approving stipulation to continue hearing. Hearing continued to 12/4/18. Stipulation to continue hearing on motion for substantive consolidation filed 11/15/18. Order entered 11/16/18 approving stipulation to continue hearing. Hearing continued to 1/22/19. Motion to approve compromise of controversy between Debtor, Moises and Martha Alvarez, Floortastic Incorporated, and Inland Empire Flooring, Inc. filed 11/19/18. Order entered 12/10/18 granting motion to approve compromise of controversy. Stipulation filed 12/14/18 to dismiss motion for substantive consolidation. Order entered 12/14/18 approving

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 17-15053-SC | Trustee Name: | Todd A. Frealy |
|---|---|---|---|
| Case Name: | PROFESSIONAL FLOORING INSTALLATION | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| For the Period Ending: | 4/6/2020 | §341(a) Meeting Date: | 07/18/2017 |
| | | Claims Bar Date: | 12/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

stipulation to dismiss motion for substantive consolidation.

Status as of 9/30/18:
Motion to continue hearing on motion to consolidate filed 7/17/18. Opposition to motion to consolidate filed 7/17/18 by Interested parties. Hearing continued to 10/2/18. Stipulation to continue hearing on motion to consolidate filed 9/5/18. Order on stipulation to continue hearing entered 9/5/18. Hearing continued to 11/6/18. Opposition to motion to consolidate filed 9/25/18.

Status as of 6/30/18:
Motion for substantive consolidation of Moises & Martha Alvarez, Floortastic Incorporated, and Inland Empire Flooring into the Bankruptcy Estate of Professional Flooring Installation, Inc. filed 6/14/18. Hearing set for 7/10/18. Notices of recording of notice of pendency of action filed 6/19/18. Stipulation to continue hearing on motion to consolidate filed 6/21/18. Order approving stipulation to continue hearing entered 6/22/18. Hearing continued to 7/31/18.

PERIOD ENDING 3/31/18:
Investigation into possible transfers by Debtor continues.

Status as of 12/31/17:
Amended schedules filed 10/19/17. Abandonment of office furniture and equipment filed 11/28/17. Investigation of possible transfers by Debtor pending.

Status as of 9/30/17:
Meeting of creditors held and continued. Additional documents requested from Debtor. Application to employ Shulman Hodges & Bastian LLP (SHB) as Trustee's general counsel filed 9/1/17. Notice of Assets filed 9/5/17. POC 12/11/17. Order granting application to employ SHB entered 9/21/17. Debtor's substitution of attorney filed 9/30/17.

Status as of 6/30/17:
Ch. 7 Voluntary Petition filed 6/16/17. Meeting of creditors set for 7/18/18.

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2020 | **Current Projected Date Of Final Report (TFR):** | 06/30/2020 | /s/ TODD A. FREALY |
|---|---|---|---|---|
| | | | | TODD A. FREALY |

FORM 2

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-15053-SC | | Trustee Name: | Todd A. Frealy |
|---|---|---|---|---|
| Case Name: | PROFESSIONAL FLOORING INSTALLATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3882 | | Checking Acct #: | ******5053 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/16/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/6/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2019 | (8) | Town & Country Escrow | Settlement funds | 1249-000 | $120,000.00 | | $120,000.00 |
| 09/03/2019 | 6001 | INTERNATIONAL SURETIES, LTD | Bond Payment | 2300-000 | | $11.75 | $119,988.25 |
| 09/03/2019 | 6001 | VOID: INTERNATIONAL SURETIES, LTD | VOID CHECK - TO BE REISSUED | 2300-003 | | ($11.75) | $120,000.00 |
| 09/03/2019 | 6002 | INTERNATIONAL SURETIES, LTD | Ch. 7 Bond Bond #016030866 Term 1/4/19 to 1/4/20 | 2300-000 | | $11.75 | $119,988.25 |
| 02/20/2020 | 6003 | DONALD T. FIFE | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; | 3410-000 | | $2,856.00 | $117,132.25 |
| 02/20/2020 | 6004 | DONALD T. FIFE | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; | 3420-000 | | $428.50 | $116,703.75 |
| 02/20/2020 | 6005 | SHULMAN HODGES & BASTIAN LLP | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; | 3210-000 | | $87,896.60 | $28,807.15 |
| 02/20/2020 | 6006 | SHULMAN HODGES & BASTIAN LLP | Account Number: ; Claim #: ;  Distribution Dividend: 100.00; | 3220-000 | | $7,350.33 | $21,456.82 |
| 02/20/2020 | 6007 | Todd A. Frealy | Trustee Expenses | 2200-000 | | $727.94 | $20,728.88 |
| 02/20/2020 | 6008 | Todd A. Frealy | Trustee Compensation | 2100-000 | | $8,000.00 | $12,728.88 |
| 02/20/2020 | 6009 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 1;  Distribution Dividend: 100.00; | 5800-000 | | $956.10 | $11,772.78 |
| 02/20/2020 | 6010 | S.P. CARPET PRO'S, INC. | Account Number: ; Claim #: 2;  Distribution Dividend: 100.00; | 7100-000 | | $10,046.23 | $1,726.55 |
| 02/20/2020 | 6011 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 4;  Distribution Dividend: 100.00; | 2820-000 | | $1,726.55 | $0.00 |

**SUBTOTALS**    $120,000.00    $120,000.00

**FORM 2**      Page No: 2      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-15053-SC | **Trustee Name:** Todd A. Frealy |
| **Case Name:** | PROFESSIONAL FLOORING INSTALLATION | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***3882 | **Checking Acct #:** ******5053 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/16/2017 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/6/2020 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $120,000.00 | $120,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $120,000.00 | $120,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $120,000.00 | $120,000.00 | |

**For the period of 6/16/2017 to 4/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $120,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $120,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $120,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/19/2019 to 4/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $120,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $120,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $120,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**  
Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-15053-SC | Trustee Name: | Todd A. Frealy |
|---|---|---|---|
| Case Name: | PROFESSIONAL FLOORING INSTALLATION | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3882 | Checking Acct #: | ******5053 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/16/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $120,000.00 | $120,000.00 | $0.00 |

| For the period of 6/16/2017 to 4/6/2020 | | For the entire history of the case between 06/16/2017 to 4/6/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $120,000.00 | Total Compensable Receipts: | $120,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,000.00 | Total Comp/Non Comp Receipts: | $120,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $120,000.00 | Total Compensable Disbursements: | $120,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $120,000.00 | Total Comp/Non Comp Disbursements: | $120,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TODD A. FREALY

TODD A. FREALY